| | |
|---|---|
| yeUNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 27, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KONG XIONG,

        Defendant.

Case No. 2:22-mj-00063-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KONG XIONG ,

Case No.  2:22-mj-00063-AC   Charge 21 USC § 841(a)(1) & (b)(2), from custody for the following reasons:

      \_\_\_\_\_   Release on Personal Recognizance

      \_\_\_\_\_   Bail Posted in the Sum of $ _____

      __X__   Unsecured Appearance Bond $   10,000.00

      \_\_\_\_\_   Appearance Bond with 10% Deposit

      \_\_\_\_\_   Appearance Bond with Surety

      \_\_\_\_\_   Corporate Surety Bail Bond

      \_\_\_\_\_   (Other):

Issued at Sacramento, California on April 27, 2022, at 3:11 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire