HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Rachelle_Barbour@fd.org

Attorneys for Defendant
KONG XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KONG XIONG,<br><br>    Defendant. | Case No. 2:22-mj-00063-AC___<br><br>[~~PROPOSED~~] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285<br><br>Judge:  Hon. Allison Claire |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, KONG XIONG with transportation and subsistence expenses for travel from his residence in Sacramento California, to Omaha, Nebraska, to timely make his court appearance there on May 17, 2022 at 1:30 pm.  This order includes airfare as well as ground transportation to and from the Nebraska District Court, Omaha Division from the closest commercial airport in Omaha, Nebraska.

//

//

The United States Marshal must furnish Mr. Xiong with money for subsistence expenses to and from destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: May 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE